# Court of Appeals
# of the State of Georgia

ATLANTA,__June 16, 2025_____

*The Court of Appeals hereby passes the following order:*

**A25A0370. PENA v. THE STATE.**

Following the denial of Miriam Nava Pena's motion to suppress, this Court granted her application for interlocutory appeal. After a review of the appellate briefs, the full record, and applicable law, it is determined that the application was improvidently granted. Accordingly, the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/16/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*